DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GEORGE CRAMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  MJ.S. 09-226-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE |
| | ) | COURT TRIAL AND SCHEDULE NEW |
| v. | ) | TRIAL DATE |
| | ) | |
| GEORGE CRAMER, | ) | Judge:  Hon. Edmund F. Brennan |
| | ) | Date:   November 17, 2009 |
| Defendant. | ) | Time:   10:00 a.m. |
| _____ | ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, GEORGE CRAMER, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for October 20, 2009 and set this case for court trial on November 17, 2009, at 10:00 a.m. Trial briefs, previously due October 13, 2009, are now due November 10, 2009.


Dated: September 30, 2009          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Lauren D. Cusick
                                   LAUREN D. CUSICK
                                   Assistant Federal Defender

STIPULATION AND PROPOSED ORDER          1

```
Dated: September 30, 2009            LAWRENCE G. BROWN
                                     United States Attorney

                                     /s/ Matthew Stegman
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

DATED:   October 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER            2